**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks    Date: August 28, 2009
Court Reporter: Janet Coppock              Time: 61 minutes

**CASE NO.  09-cv-02052-PAB**

| Parties | Counsel |
|---|---|
| **ALLISON MAYNARD, and** | Pro Se |
| **GERALD LEWIS,** | Pro Se |
| Plaintiff (s), | |
| vs. | |
| **COLORADO SUPREME COURT OFFICE OF THE ATTORNEY REGIONAL COUNSEL, APRIL MCMURREY, JOHN GLEASON, and JAMES COYLE** | Maurice Knaizer James Coyle |
| Defendant (s). | |

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**4:05 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL for defendants.

Page Two
09-cv-02052-PAB
August 28, 2009

**Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction (Doc #2), filed 8/27/09.**

Court makes opening remarks and advises that it will address the request for a temporary restraining order at these proceedings.

Discussion regarding the status of Ms. Maynard's law license.

**4:09 p.m.**     Argument by Ms. Maynard.  Questions by the Court.

**4:30 p.m.**     Comments by Mr. Lewis in response to the Court's questions.

**4:34 p.m.**     Argument by Mr. Knaizer.  Questions by the Court.

**4:44 p.m.**     Rebuttal argument by Ms. Maynard.

Court states its findings and conclusions.

**ORDERED:**  Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction (Doc #2), filed 8/27/09 is **DENIED in PART**. Plaintiffs' request for a temporary restraining order is **DENIED.**

**ORDERED:**  Hearing on Plaintiffs' Motion for Preliminary Injunction is scheduled for **September 8, 2009 at 9:00 a.m.**  Witness and exhibit lists are due by **12:00 noon on September 4, 2009.**

**5:06 p.m.**     **COURT IN RECESS**

**Total in court time:**       61 minutes

**Hearing concluded**