IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02052-WYD-CBS

ALISON MAYNARD; and
GERALD LEWIS,

    Plaintiffs,

v.

COLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION COUNSEL;
APRIL MCMURRY;
JOHN GLEASON;
JAMES COYLE;
COLORADO SUPREME COURT;
MARY MULLARKEY;
GREGORY J. HOBBS, JR.;
NANCY RICE;
MICHAEL BENDER;
NATHAN BEN COATS;
ALEX MARTINEZ; and
ALLISON EID,

    Defendants.

---

## ORDER OF RECUSAL

---

Magistrate Judge Craig B. Shaffer

    This matter was drawn to me upon the filing of the Complaint (doc. #1) on August 27, 2009. Pursuant to the Order of Reference dated October 23, 2009 (doc. # 38), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

    In accordance with 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might be reasonably be questioned." In order to avoid

the appearance of impropriety, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

DATED at Denver, Colorado, this 28th day of October, 2009.

                                          BY THE COURT:

                                        *s/Craig B. Shaffer*
                                        Craig B. Shaffer
                                        United States Magistrate Judge