IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02052–WYD–KMT

ALISON MAYNARD, and
GERALD LEWIS,

    Plaintiffs,

v.

THE COLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION COUNSEL,
APRIL McMURREY,
JOHN GLEASON,
JAMES COYLE,
COLORADO SUPREME COURT,
MARY MULLARKEY,
GREGORY J. HOBBS, JR.,
NANCY RICE,
MICHAEL BENDER,
NATHAN BEN COATS,
ALEX MARTINEZ, and
ALLISON EID,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on review of "Defendants' Motion to Dismiss" (# 24, filed September 20, 2009). In their motion, Defendants have referred to a number of exhibits, but have failed to attach any of the exhibits to their motion. Pursuant to Section V.H.3 of the Electronic Case Filing Procedures for the United States District Court for the District of Colorado, each exhibit referenced in a motion shall be submitted to ECF as a separate ECF attachment to the main document. Therefore, "Defendants' Motion to Dismiss" (# 24) is DENIED without prejudice, with leave to refile no later than November 9, 2009. In addition to following the Electronic Case Filing Procedures, the parties shall follow Chief Judge Wiley Y. Daniel's Civil Practice Standards.

Plaintiff Maynard's "Motion for Extension of Time, and Clarification" (# 31, filed October 13, 2009) is DENIED as moot.  To the extent Plaintiff Maynard seeks clarification of her ability to practice in this Court, she should contact the Attorney Services Coordinator for the United States District Court for the District of Colorado.

Plaintiff Maynard's "(Second Amended) Motion for Extension of Time" (# 36, filed October 19, 2009) and Plaintiff Maynard's "Motion for Rule 56(f) Extension" (#37, filed October 21, 2009) are DENIED as moot.

Dated: November 3, 2009