IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02052-WYD-CBS

ALISON MAYNARD; and
GERALD LEWIS,

    Plaintiffs,

v.

COLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION COUNSEL;
APRIL MCMURRY;
JOHN GLEASON;
JAMES COYLE;
COLORADO SUPREME COURT;
MARY MULLARKEY;
GREGORY J. HOBBS, JR.;
NANCY RICE;
MICHAEL BENDER;
NATHAN BEN COATS;
ALEX MARTINEZ; and
ALLISON EID,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Plaintiff Alison Maynard's ["Maynard"] De Novo Motion for Injunction (doc. # 101 filed March 16, 2010). This motion was referred to Magistrate Judge Tafoya for a recommendation. On March 31, 2010, a Recommendation of United States Magistrate Judge was issued (hereinafter "Recommendation") which recommends denying Maynard's motion. The Recommendation also advised that written objections were due within fourteen days of service of a copy of the Recommendation, and that the failure to make timely objections

may bar *de novo* review of the Recommendation by the District Judge. (Recommendation at 6-7.)

No objections were filed to the Recommendation. No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1] *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. I agree with Magistrate Judge Tafoya that Maynard's motion is essentially asking for yet another reconsideration of the many denials of her previous motions for preliminary injunctions. (Recommendation at 4.) I also agree that Maynard's motion should be denied because she failed to address or show that the four factors required to obtain injunctive relief are satisfied. (*Id.* at 6.) Accordingly, even if I were to review the Recommendation under a de novo standard, I agree with the finding therein that Plaintiff Maynard's De Novo Motion for Injunction should be denied. Accordingly, it is

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

ORDERED that the Recommendation of United States Magistrate Judge dated March 31, 2010 (doc. # 108) is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that Plaintiff Allison Maynard's De Novo Motion for Injunction (doc. # 101) is **DENIED**.

Dated: April 28, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge