IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02052–WYD–KMT

ALISON MAYNARD, and
GERALD LEWIS,

    Plaintiffs,

v.

THE COLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION COUNSEL,
APRIL McMURREY,
JOHN GLEASON,
JAMES COYLE,
COLORADO SUPREME COURT,
MARY MULLARKEY,
GREGORY J. HOBBS, JR.,
NANCY RICE,
MICHAEL BENDER,
NATHAN BEN COATS,
ALEX MARTINEZ, and
ALLISON EID,

    Defendants.

---

## **ORDER OF RECUSAL**

---

    This matter was assigned to me upon the recusal of Magistrate Judge Craig B. Shaffer on October 28, 2009. (Doc. Nos. 44, 45.)

    Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000).

However, a "judge should not recuse himself on unsupported, irrational, or highly tenuous speculation."  *Hinman v. Rogers*, 831 F.2d. 937, 939 (10th Cir. 1987).

On August 3, 2010, Plaintiffs initiated a separate but related action in which I am a named defendant.  *See* Civil Case No. 10-cv-001850-WYD.  Therefore, in order to avoid the appearance of impropriety, I hereby recuse myself from this action.  The Clerk of Court shall assign another magistrate judge to this case.

Dated this 9th day of August, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge