IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02052-WYD-CBS

ALISON MAYNARD; and
GERALD LEWIS,

    Plaintiffs,

v.

COLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION COUNSEL;
APRIL MCMURRY;
JOHN GLEASON;
JAMES COYLE;
COLORADO SUPREME COURT;
MARY MULLARKEY;
GREGORY J. HOBBS, JR.;
NANCY RICE;
MICHAEL BENDER;
NATHAN BEN COATS;
ALEX MARTINEZ; and
ALLISON EID,

    Defendants.

## ORDER OF RECUSAL

This matter is before the Court on a review of the file. I recently was assigned a new case filed by the plaintiffs in this case, Alison Maynard and Gerald Lewis, Civil Action No. 10-cv-01850-WYD. In that case, I am named as a defendant and the Introduction to the Complaint alleges a conspiracy that references my actions in connection with this lawsuit. The Complaint in the new action by Lewis and Maynard thus appears to question my impartiality in this case. Accordingly, I find that I should recuse myself pursuant to 28 U.S.C. § 455(a). It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: August 12, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge