**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-02052-REB-MEH

ALISON MAYNARD, and
GERALD LEWIS,

    Plaintiffs,

v.

COLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION COUNSEL,
      and
APRIL McMURREY,
JOHN GLEASON, and
JAMES COYLE, employees of that office, in their individual capacity,
THE COLORADO SUPREME COURT, and
MARY MULLARKEY,
GREGORY J. HOBBS, JR.,
MICHAEL BENDER,
NANCY RICE,
NATHAN BEN COATS,
ALEX MARTINEZ, and
ALLISON EID, the justices thereof, in their individual capacity,

    Defendants.

_____

## AMENDED TRANSFER ORDER
_____

       THIS MATTER is before the Court on review of the file. Pursuant to D.C.COLO.LCivR 40.1, this matter is hereby TRANSFERRED to **Senior District Judge John L. Kane** with the understanding that Senior District Judge Kane will assume responsibility for the future management of the case including consideration of all future pre-trial and post-trial motions and matters, the actual trial of the case, and issues arising during jury deliberation.

Dated:  March 24, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge