IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 09-cv-2052-JLK-MEH (consolidated with 10-cv-1850-JLK &  11-cv-901-JLK)

In re Alison Maynard and Gerald Lewis civil rights litigation.
_____

ALISON MAYNARD, and
GERALD LEWIS,

    Plaintiffs,

v.

COLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION, et al.

    Defendants.

[DOCUMENT APPLIES TO BOTH CONSOLIDATED ACTIONS]

_____

MINUTE ORDER
_____

Judge John L. Kane ORDERS

    Plaintiffs' Motion for Reconsideration of Order Denying Recusal (Doc. 221) raises no valid grounds for revisiting the Court's decision to remain on this case despite Plaintiffs' allegations of personal bias. *See  EEOC v. Foothills Title Guar. Co.*, 1991 WL 61012 at *3 (D. Colo. April 12, 1991), *aff'd*, 956 F.2d 277 (10th Cir. 1992); *Major v. Benton*, 647 F.2d 110, 112 (10th Cir. 1981)(explaining the law of the case doctrine generally requires a court to adhere to its rulings in the interest of expeditious resolution of disputes and to prevent continued reargument of issues already decided).  Plaintiffs' grounds for error are either premised on a misapprehension of the plain language used in the Order, *e.g.*, Mot. Reconsideration at 1 (completely misapprehending Court's statement on p. 6 the Order Denying Motion), or repeat subjective and speculative conclusions regarding the court's perceived bias that have already been addressed.  Accordingly,

    The Motion for Reconsideration of Order Denying Recusal (Doc. 221) is DENIED

_____
Dated May 2, 2011.