IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02052-JLK-MEH

ALISON MAYNARD, and
GERALD LEWIS,

        Plaintiffs,

v.

C OLORADO SUPREME COURT OFFICE OF ATTORNEY REGULATION COUNSEL, ET AL,

        Defendants.

ORDER TO CURE DEFICIENCY

Kane, Senior Judge

        Plaintiffs submitted a Notice of Appeal on May 6, 2011. The court has determined that the document is deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue this appeal.

**(A)**    **Filing Fee**
        ___ is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        ___ is not submitted
        _x_ is not on proper form (must use the court's current form)
        ___ is missing original signature by plaintiff/petitioner on motion
        ___ is missing affidavit
        ___ affidavit is incomplete
        ___ is missing original signature by plaintiff/petitioner on affidavit
        ___ affidavit is not notarized or is not properly notarized
        ___ other _____

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiffs fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __10th__ day of May, 2011.

BY THE COURT:

s/John L. Kane
SENIOR U.S. DISTRICT JUDGE