FILED
United States Court of Appeals
Tenth Circuit

September 22, 2011

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| In re: ALISON MAYNARD; GERALD LEWIS,<br><br>  Petitioners. | No. 11-1363<br>(D.C. Nos. 1:09-CV-02052-JLK-MEH & 1:10-CV-01850-JKL-MEH) |

---

**ORDER**

---

The captioned appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1 and 3.3(B).


Entered for the Court,

ELISABETH A. SHUMAKER, Clerk